```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                         Case No. 19-03869-RNO
Joseph S Petros                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db             +Joseph S Petros,    117 Hortop Road,    Shickshinny, PA 18655-3210
5261422         Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
5245057        +Ditech Financial LLC,    PO Box 15009,    Tempe, AZ 85284-0109
5245058        +KML Law Group,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
5249561        +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
5245060        +Wells Fargo Dealer Services,    PO Box 10709,    Raleigh NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:39:46
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5245059         E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:43      M&T Bank,    PO Box 900,
                 Millsboro DE 19966
5247473         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 19:36:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5245267        +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:38:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John  Fisher    on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Joseph S Petros,<br>aka Joseph Petros, dba Joseph Petros Construction, dba Joe Petros Handyman Services,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19–bk–03869–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)