```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 19-03869-RNO
Joseph S Petros                                             Chapter 13
         Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: ToniaWils        Page 1 of 1         Date Rcvd: Dec 13, 2019
                          Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
5261422         Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Kevin Buttery    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               kbuttery@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-03869-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph S Petros
117 Hortop Road
Shickshinny PA 18655

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 | NewRez LLC d/b/a<br>P.O. Box 10826<br>Greenville, SC 29603-0826<br>NewRez LLC d/b/a<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/15/19

Terrence S. Miller
**CLERK OF THE COURT**