```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03869-RNO
Joseph S Petros                                                 Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

```
District/off: 0314-5         User: AutoDocke         Page 1 of 1          Date Rcvd: Apr 01, 2020
                             Form ID: orcnfpln       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db              +Joseph S Petros,   117 Hortop Road,   Shickshinny, PA 18655-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
        Charles J DeHart, III (Trustee)  TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        John  Fisher   on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com,
         fisherlawoffice@yahoo.com
        Kevin  Buttery   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
         kbuttery@rascrane.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph S Petros,<br>aka Joseph Petros, dba Joseph Petros Construction, dba<br>Joe Petros Handyman Services, | Chapter       13 |
| | Case No.       5:19–bk–03869–RNO |
| **Debtor 1** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 3, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 1, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

orcnfpln(05/18)