United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-03869-MJC |
| Joseph S Petros | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5245059 | Email/Text: camanagement@mtb.com | Nov 13 2023 19:03:00 | M&T Bank, PO Box 900, Millsboro DE 19966 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| Brian C Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Kevin Buttery | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-bk-03869-MJC |
| Joseph S. Petros | : Chapter 13 |
| | : Judge Mark J. Conway |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| Barclays Mortgage Trust 2021-NPL1, | : Date and Time of Hearing |
| Mortgage-Backed Securities, Series 2021- | : November 7, 2023 at 10:00 a.m. |
| NPL1, by U.S. Bank National | : |
| Association, as Indenture Trustee | : Place of Hearing |
| Movant, | : Max Rosenn U.S. Courthouse |
| vs | : 197 South Main Street, Rm. 2 |
| | : Wilkes-Barre, PA, 18701 |
| Joseph S. Petros | : |
| Jack N. Zaharopoulos | Related Document # 48 |
| Respondents. | |

## ORDER

Upon consideration of the Stipulation filed at Dkt. # 52 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 9, 2023