LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Joseph S Petros** | : | CHAPTER **13** |
| | : | |
| Debtor(s) | : | CASE NO.: **19-03869** |
| | : | |
| | : | |
| **Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee** | : | ADVERSARY NO. ___-____-ap-_____ (if applicable) |
| Plaintiff(s)/Movant(s) | : | Nature of Proceeding: **Objection to Certificate of Default** |
| vs | : | |
| | : | Document #: **48** |
| **Joseph S Petros** | : | |

**Jack N Zaharopoulos**
      **Defendants(s)/Respondent(s)**

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.

    Additional time is needed to resolve a disputed payment.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 04/16/2024

/s/ Adam B. Hall
Attorney for Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee
Name: Adam B. Hall
Phone Number: 614-220-5611

22-002395_SCS2