LOCAL BANKRUPTCY FORM 9019-1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Joseph S Petros** | : | **CHAPTER 13** |
| | : | |
| Debtor(s) | : | **CASE NO.: 19-03869** |
| | : | |
| | : | |
| **Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| | : | |
| | : | Nature of Proceeding: **Hearing June 13, 2024** |
| **Plaintiff(s)/Movant(s)** | : | Pleading: **Certificate of Default** |
| **vs** | : | |
| | : | |
| **Joseph S Petros** | : | Document #: **57** |
| | | |
| **Jack N Zaharopoulos** | | |
| **Defendants(s)/Respondent(s)** | | |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST**

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☐ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

22-002395_SCS2

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 05/22/2024    /s/ Adam B. Hall

Attorney for Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee

22-002395_SCS2