United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 19-03869-MJC

Joseph S Petros                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                   User: AutoDocke                         Page 1 of 3

Date Rcvd: May 20, 2026              Form ID: 3180W                       Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph S Petros, 117 Hortop Road, Shickshinny, PA 18655-3210 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5261422 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5245057 | | Ditech Financial LLC, PO Box 15009, Tempe, AZ 85284 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | May 20 2026 18:46:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| cr | + | EDI: PRA.COM | May 20 2026 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFAUTO | May 20 2026 22:48:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5457180 | ^ | MEBN | May 20 2026 18:44:42 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 5457181 | ^ | MEBN | May 20 2026 18:44:43 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC 90074-2334 |
| 5245058 | ^ | MEBN | May 20 2026 18:44:41 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5245059 | | Email/Text: camanagement@mtb.com | May 20 2026 18:46:00 | M&T Bank, PO Box 900, Millsboro DE 19966 |
| 5249561 | + | Email/Text: camanagement@mtb.com | May 20 2026 18:46:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5281719 | | Email/Text: mtgbk@shellpointmtg.com | May 20 2026 18:46:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5281718 | | Email/Text: mtgbk@shellpointmtg.com | May 20 2026 18:46:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5626501 | + | Email/Text: ecfbnc@aldridgepite.com | May 20 2026 18:46:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5247473 | | EDI: PENNDEPTREV | May 20 2026 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| 5245267 | + EDI: PRA.COM | | |
|---|---|---|---|
| | | May 20 2026 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5624531 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 20 2026 18:46:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5624530 | + Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 20 2026 18:46:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5278064 | + EDI: WFFC2 | | |
| | | May 20 2026 22:48:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving TX 75016-9005 |
| 5245060 | + EDI: WFAUTO | | |
| | | May 20 2026 22:48:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh NC 27605-0709 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | \*+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Kevin Buttery | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joseph S Petros | Social Security number or ITIN | xxx–xx–4588 |
| | First Name   Middle Name   Last Name | EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ | |
| | | EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:19–bk–03869–MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph S Petros
aka Joseph Petros, dba Joseph Petros
Construction, dba Joe Petros Handyman
Services

**By the court:**

5/20/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:19-bk-03869-MJC   Doc 77   Filed 05/22/26   Entered 05/23/26 00:26:10   Desc
Imaged Certificate of Notice   Page 6 of 6