In re:

Joseph S Petros

    Debtor

Case No. 19-03869-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 3

Date Rcvd: May 22, 2026          Form ID: pdf010          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Joseph S Petros, 117 Hortop Road, Shickshinny, PA 18655-3210 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5245057 | | Ditech Financial LLC, PO Box 15009, Tempe, AZ 85284 |
| 5261422 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: camanagement@mtb.com | May 22 2026 19:04:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2026 19:08:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 22 2026 19:08:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5457180 | ^ | MEBN | May 22 2026 18:59:55 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 5457181 | ^ | MEBN | May 22 2026 18:59:55 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC 90074-2334 |
| 5245058 | ^ | MEBN | May 22 2026 18:59:59 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5245059 | | Email/Text: camanagement@mtb.com | May 22 2026 19:04:00 | M&T Bank, PO Box 900, Millsboro DE 19966 |
| 5249561 | + | Email/Text: camanagement@mtb.com | May 22 2026 19:04:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5281719 | | Email/Text: mtgbk@shellpointmtg.com | May 22 2026 19:04:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5281718 | | Email/Text: mtgbk@shellpointmtg.com | May 22 2026 19:04:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5626501 | + | Email/Text: ecfbnc@aldridgepite.com | May 22 2026 19:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5247473 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 22 2026 19:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| | | | |
|---|---|---|---|
| 5245267 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2026 19:08:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5624531 | + Email/Text: mtgbk@shellpointmtg.com | May 22 2026 19:04:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5624530 | + Email/Text: mtgbk@shellpointmtg.com | May 22 2026 19:04:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5278064 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 22 2026 19:08:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving TX 75016-9005 |
| 5245060 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 22 2026 19:08:34 | Wells Fargo Dealer Services, PO Box 10709, Raleigh NC 27605-0709 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Kevin Buttery | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Joseph S Petros**<br>**dba Joseph Petros Construction**<br>**aka Joseph Petros**<br>**dba Joe Petros Handyman Services**<br>**Debtor 1** | **Chapter:** 13<br><br>**Case No.:** **5:19-bk-03869-MJC**<br><br><br>**Document No.:** 75 |

## ORDER VACATING DISCHARGE

**IT IS HEREBY ORDERED** that the Discharge of Debtor 1 entered on May 20, 2026, was entered in error and is hereby vacated by this Order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 21, 2026