**Fill in this information to identify the case:**

Debtor 1     JOSEPH S PETROS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                (State)

Case number   19-03869

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**    SHELLPOINT MORTGAGE SERVICING      **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:    4   4   8   4

**Property address:**    117 HORTOP ROAD
                      Number      Street

                      SHICKSHINNY,      PA     18655
                      City             State     ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 17,927.89 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 17,927.89 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d. Total amount of arrearages disbursed by the trustee: | $ 17,927.89 |

Case 5:19-bk-03869-MJC    Doc 79    Filed 05/27/26    Entered 05/27/26 06:33:10    Desc
Main Document      Page 1 of 6

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:      $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager      Date   5 / 27 / 2026
   Signature

Trustee    Jack      N      Zaharopoulos
         First Name    Middle Name    Last Name

Address    8125 Adams Drive, Suite A
          Number      Street

     Hummelstown      PA      17036
     City      State      ZIP Code

Contact phone   ( 717 ) 566 – 6097      Email info@pamd13trustee.com

Case 5:19-bk-03869-MJC    Doc 79    Filed 05/27/26    Entered 05/27/26 06:33:10    Desc
Main Document     Page 2 of 6

# Disbursements for Claim

**SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC  29603-

Acct No: 4484/PRE ARREARS/117 HOR'

Sequence: 24
Modify:
Filed Date: 10/22/2019  12:00:00AM
Hold Code:

|  | | Debt: | $17,927.89 | Interest Paid: | $0.00 |
| --- | --- | --- | --- | --- | --- |
| Amt Sched: | $188,566.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $17,927.89 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | DisbDescrp | |
| **5210** | **SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 05/19/2026 | 2059431 | $177.18 | $0.00 | $177.18 | |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 04/14/2026 | 2058437 | $298.44 | $0.00 | $298.44 | 04/21/2026 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 03/17/2026 | 2057514 | $298.44 | $0.00 | $298.44 | 03/24/2026 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 02/18/2026 | 2056568 | $298.44 | $0.00 | $298.44 | 02/24/2026 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 01/21/2026 | 2055627 | $298.44 | $0.00 | $298.44 | 01/29/2026 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 12/17/2025 | 2054691 | $298.44 | $0.00 | $298.44 | 12/24/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 11/19/2025 | 2053750 | $298.44 | $0.00 | $298.44 | 12/01/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 10/10/2025 | 2052723 | $312.71 | $0.00 | $312.71 | 10/16/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 09/16/2025 | 2051825 | $312.71 | $0.00 | $312.71 | 09/22/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 08/18/2025 | 2050857 | $312.71 | $0.00 | $312.71 | 08/22/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 07/22/2025 | 2049906 | $330.94 | $0.00 | $330.94 | 07/28/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 06/17/2025 | 2048904 | $280.22 | $0.00 | $280.22 | 06/24/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 05/14/2025 | 2047927 | $280.20 | $0.00 | $280.20 | 05/21/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 04/14/2025 | 2046980 | $280.21 | $0.00 | $280.21 | 04/21/2025 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | DisbDescrp | | |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 03/18/2025 | 2046095 | $280.21 | $0.00 | $280.21 | 03/26/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 02/19/2025 | 2045156 | $280.21 | $0.00 | $280.21 | 02/27/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 01/15/2025 | 2044202 | $280.22 | $0.00 | $280.22 | 01/27/2025 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 12/17/2024 | 2043260 | $280.20 | $0.00 | $280.20 | 12/24/2024 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 11/19/2024 | 2042317 | $280.21 | $0.00 | $280.21 | 11/27/2024 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 10/23/2024 | 2041359 | $280.21 | $0.00 | $280.21 | 10/31/2024 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 09/17/2024 | 2040366 | $280.21 | $0.00 | $280.21 | 09/24/2024 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 08/07/2024 | 2039341 | $280.21 | $0.00 | $280.21 | 08/14/2024 |
| 521-0 | SHELLPOINT MORTGAGE SERVICIN( | | 07/10/2024 | 2038443 | $280.21 | $0.00 | $280.21 | 07/17/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 06/18/2024 | 2037311 | $280.21 | $0.00 | $280.21 | 06/25/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 05/22/2024 | 2036367 | $280.21 | $0.00 | $280.21 | 05/28/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 04/17/2024 | 2035373 | $280.21 | $0.00 | $280.21 | 04/26/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 03/14/2024 | 2034408 | $280.21 | $0.00 | $280.21 | 03/25/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 02/14/2024 | 2033447 | $280.21 | $0.00 | $280.21 | 02/23/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 01/12/2024 | 2032538 | $280.21 | $0.00 | $280.21 | 01/19/2024 |
| 521-0 | GREGORY FUNDING, LLC | | 12/19/2023 | 2031621 | $280.21 | $0.00 | $280.21 | 12/26/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 11/15/2023 | 2030675 | $280.21 | $0.00 | $280.21 | 11/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 10/18/2023 | 2029728 | $294.83 | $0.00 | $294.83 | 10/30/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 09/19/2023 | 2028731 | $294.82 | $0.00 | $294.82 | 09/25/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 08/09/2023 | 2027724 | $294.83 | $0.00 | $294.83 | 08/16/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|--------------------|-------|------------|
| 521-0 | GREGORY FUNDING, LLC | | 07/11/2023 | 2026757 | $294.83 | $0.00 | $294.83 | 07/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 06/13/2023 | 2025838 | $283.25 | $0.00 | $283.25 | 06/20/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 05/16/2023 | 2024878 | $283.26 | $0.00 | $283.26 | 05/22/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 04/18/2023 | 2023855 | $283.24 | $0.00 | $283.24 | 04/25/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 03/15/2023 | 2022844 | $283.26 | $0.00 | $283.26 | 03/20/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 02/15/2023 | 2021829 | $283.26 | $0.00 | $283.26 | 02/21/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 01/18/2023 | 2020836 | $283.24 | $0.00 | $283.24 | 01/23/2023 |
| 521-0 | GREGORY FUNDING, LLC | | 12/13/2022 | 2019848 | $283.26 | $0.00 | $283.26 | 12/19/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 11/16/2022 | 2018889 | $283.25 | $0.00 | $283.25 | 12/12/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 10/18/2022 | 2017833 | $298.79 | $0.00 | $298.79 | 10/24/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 09/13/2022 | 2016794 | $298.79 | $0.00 | $298.79 | 09/19/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 08/17/2022 | 2015752 | $298.79 | $0.00 | $298.79 | 08/22/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 07/13/2022 | 2014704 | $278.07 | $0.00 | $278.07 | 07/20/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 06/14/2022 | 2013737 | $278.08 | $0.00 | $278.08 | 06/21/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 05/17/2022 | 2012688 | $278.07 | $0.00 | $278.07 | 05/23/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 04/12/2022 | 2011624 | $278.08 | $0.00 | $278.08 | 04/21/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 03/16/2022 | 2010607 | $278.07 | $0.00 | $278.07 | 03/28/2022 |
| 521-0 | GREGORY FUNDING, LLC | | 02/16/2022 | 2009629 | $278.08 | $0.00 | $278.08 | 02/22/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/19/2022 | 2008830 | $278.07 | $0.00 | $278.07 | 01/27/2022 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/15/2021 | 2007819 | $278.08 | $0.00 | $278.08 | 12/29/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/16/2021 | 2006796 | $278.07 | $0.00 | $278.07 | 11/23/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/14/2021 | 2005764 | $286.30 | $0.00 | $286.30 | 10/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/14/2021 | 2004721 | $286.29 | $0.00 | $286.29 | 09/20/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/18/2021 | 2003715 | $286.30 | $0.00 | $286.30 | 08/25/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 07/14/2021 | 2002648 | $286.29 | $0.00 | $286.29 | 07/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/16/2021 | 2001668 | $286.30 | $0.00 | $286.30 | 06/22/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/18/2021 | 2000658 | $277.17 | $0.00 | $277.17 | 05/27/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/15/2021 | 1229283 | $277.17 | $0.00 | $277.17 | 04/21/2021 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/17/2021 | 1228267 | $256.61 | $0.00 | $256.61 | 03/24/2021 |

**Sub-totals:** $17,927.89    $0.00  $17,927.89

**Grand Total:** $17,927.89    $0.00