**Fill in this information to identify the case:**

Debtor 1    JOSEPH S PETROS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE    District of    PA
(State)

Case number    19-03869

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made                12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:    Mortgage Information

**Name of claim holder:**    M&T BANK

**Court claim no.** (if known):    2

**Last 4 digits** of any number you use to identify the debtor's account:    4  5  9  4

**Property address:**    117 HORTOP ROAD
Number      Street

SHICKSHINNY,        PA        18655
City                State      ZIP Code

### Part 2:    Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:    Arrearages

|   |   | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 1,154.03 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 1,154.03 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. | Total amount of arrearages disbursed by the trustee: | $ 1,154.03 |

Case 5:19-bk-03869-MJC    Doc 80    Filed 05/27/26    Entered 05/27/26 06:34:46    Desc
Main Document      Page 1 of 6

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager          Date   5 / 27 / 2026
   Signature

Trustee      Jack            N            Zaharopoulos
             First Name      Middle Name   Last Name

Address      8125 Adams Drive, Suite A
             Number          Street

             Hummelstown                  PA          17036
             City                         State       ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

# Disbursements for Claim

**M & T BANK**
PO BOX 1508

BUFFALO, NY  14240-

Acct No: 4594/PRE ARREARS/117 HOR'

Sequence:  24
Modify:
Filed Date:  9/23/2019  12:00:00AM
Hold Code:

|  | | Debt: | $1,154.03 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $22,943.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,154.03 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 05/19/2026 | 2059145 | $11.41 | $0.00 | $11.41 | |
| 520-0 | M & T BANK | | 04/14/2026 | 2058173 | $19.21 | $0.00 | $19.21 | 04/29/2026 |
| 520-0 | M & T BANK | | 03/17/2026 | 2057242 | $19.21 | $0.00 | $19.21 | 03/27/2026 |
| 520-0 | M & T BANK | | 02/18/2026 | 2056309 | $19.21 | $0.00 | $19.21 | 03/04/2026 |
| 520-0 | M & T BANK | | 01/21/2026 | 2055354 | $19.21 | $0.00 | $19.21 | 02/11/2026 |
| 520-0 | M & T BANK | | 12/17/2025 | 2054431 | $19.21 | $0.00 | $19.21 | 01/02/2026 |
| 520-0 | M & T BANK | | 11/19/2025 | 2053458 | $19.21 | $0.00 | $19.21 | 12/10/2025 |
| 520-0 | M & T BANK | | 10/10/2025 | 2052487 | $20.13 | $0.00 | $20.13 | 10/24/2025 |
| 520-0 | M & T BANK | | 09/16/2025 | 2051571 | $20.13 | $0.00 | $20.13 | 09/26/2025 |
| 520-0 | M & T BANK | | 08/18/2025 | 2050605 | $20.13 | $0.00 | $20.13 | 08/29/2025 |
| 520-0 | M & T BANK | | 07/22/2025 | 2049634 | $21.30 | $0.00 | $21.30 | 08/06/2025 |
| 520-0 | M & T BANK | | 06/17/2025 | 2048646 | $18.03 | $0.00 | $18.03 | 07/02/2025 |
| 520-0 | M & T BANK | | 05/14/2025 | 2047687 | $18.05 | $0.00 | $18.05 | 05/30/2025 |
| 520-0 | M & T BANK | | 04/14/2025 | 2046754 | $18.03 | $0.00 | $18.03 | 04/23/2025 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 03/18/2025 | 2045856 | $18.04 | $0.00 | $18.04 | 03/28/2025 |
| 520-0 | M & T BANK | | 02/19/2025 | 2044916 | $18.04 | $0.00 | $18.04 | 02/28/2025 |
| 520-0 | M & T BANK | | 01/15/2025 | 2043961 | $18.04 | $0.00 | $18.04 | 01/29/2025 |
| 520-0 | M & T BANK | | 12/17/2024 | 2043004 | $18.03 | $0.00 | $18.03 | 01/03/2025 |
| 520-0 | M & T BANK | | 11/19/2024 | 2042081 | $18.04 | $0.00 | $18.04 | 12/11/2024 |
| 520-0 | M & T BANK | | 10/23/2024 | 2041093 | $18.04 | $0.00 | $18.04 | 11/01/2024 |
| 520-0 | M & T BANK | | 09/17/2024 | 2040095 | $18.03 | $0.00 | $18.03 | 09/27/2024 |
| 520-0 | M & T BANK | | 08/07/2024 | 2039098 | $18.04 | $0.00 | $18.04 | 08/23/2024 |
| 520-0 | M & T BANK | | 07/10/2024 | 2038239 | $18.04 | $0.00 | $18.04 | 07/24/2024 |
| 520-0 | M & T BANK | | 06/18/2024 | 2037411 | $18.04 | $0.00 | $18.04 | 06/28/2024 |
| 520-0 | M & T BANK | | 05/22/2024 | 2036487 | $18.03 | $0.00 | $18.03 | 05/31/2024 |
| 520-0 | M & T BANK | | 04/17/2024 | 2035484 | $18.04 | $0.00 | $18.04 | 05/01/2024 |
| 520-0 | M & T BANK | | 03/14/2024 | 2034519 | $36.08 | $0.00 | $36.08 | 03/22/2024 |
| 520-0 | M & T BANK | V | 03/05/2024 | 2030781 | ($18.04) | $0.00 | ($18.04) | 03/05/2024 |
| 520-0 | M & T BANK | | 02/14/2024 | 2033557 | $18.03 | $0.00 | $18.03 | 02/28/2024 |
| 520-0 | M & T BANK | | 01/12/2024 | 2032642 | $18.04 | $0.00 | $18.04 | 01/26/2024 |
| 520-0 | M & T BANK | | 12/19/2023 | 2031734 | $18.04 | $0.00 | $18.04 | 01/02/2024 |
| 520-0 | M & T BANK | | 11/15/2023 | 2030781 | $18.04 | $0.00 | $18.04 | 03/05/2024 |
| 520-0 | M & T BANK | | 10/18/2023 | 2029831 | $18.97 | $0.00 | $18.97 | 11/01/2023 |
| 520-0 | M & T BANK | | 09/19/2023 | 2028837 | $18.98 | $0.00 | $18.98 | 10/02/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 08/09/2023 | 2027824 | $18.98 | $0.00 | $18.98 | 08/28/2023 |
| 520-0 | M & T BANK | | 07/11/2023 | 2026850 | $18.98 | $0.00 | $18.98 | 07/21/2023 |
| 520-0 | M & T BANK | | 06/13/2023 | 2025936 | $18.24 | $0.00 | $18.24 | 06/26/2023 |
| 520-0 | M & T BANK | | 05/16/2023 | 2024983 | $18.23 | $0.00 | $18.23 | 06/01/2023 |
| 520-0 | M & T BANK | | 04/18/2023 | 2023963 | $18.23 | $0.00 | $18.23 | 05/01/2023 |
| 520-0 | M & T BANK | | 03/15/2023 | 2022949 | $18.23 | $0.00 | $18.23 | 03/27/2023 |
| 520-0 | M & T BANK | | 02/15/2023 | 2021938 | $18.24 | $0.00 | $18.24 | 02/27/2023 |
| 520-0 | M & T BANK | | 01/18/2023 | 2020935 | $18.23 | $0.00 | $18.23 | 01/30/2023 |
| 520-0 | M & T BANK | | 12/13/2022 | 2019946 | $18.23 | $0.00 | $18.23 | 12/23/2022 |
| 520-0 | M & T BANK | | 11/16/2022 | 2018990 | $18.24 | $0.00 | $18.24 | 12/06/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 2017942 | $19.23 | $0.00 | $19.23 | 10/31/2022 |
| 520-0 | M & T BANK | | 09/13/2022 | 2016897 | $19.23 | $0.00 | $19.23 | 09/26/2022 |
| 520-0 | M & T BANK | | 08/17/2022 | 2015868 | $19.23 | $0.00 | $19.23 | 09/01/2022 |
| 520-0 | M & T BANK | | 07/13/2022 | 2014808 | $17.90 | $0.00 | $17.90 | 07/25/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 2013848 | $17.90 | $0.00 | $17.90 | 06/29/2022 |
| 520-0 | M & T BANK | | 05/17/2022 | 2012804 | $17.90 | $0.00 | $17.90 | 05/31/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 2011733 | $17.90 | $0.00 | $17.90 | 04/25/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 2010714 | $17.90 | $0.00 | $17.90 | 03/23/2022 |
| 520-0 | M & T BANK | | 02/16/2022 | 2009740 | $17.90 | $0.00 | $17.90 | 02/28/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 2008749 | $17.90 | $0.00 | $17.90 | 02/01/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | M & T BANK | | 12/15/2021 | 2007740 | $17.90 | $0.00 | $17.90 | 12/29/2021 |
| 520-0 | M & T BANK | | 11/16/2021 | 2006714 | $17.90 | $0.00 | $17.90 | 11/24/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 2005680 | $18.43 | $0.00 | $18.43 | 10/27/2021 |
| 520-0 | M & T BANK | | 09/14/2021 | 2004643 | $18.43 | $0.00 | $18.43 | 09/27/2021 |
| 520-0 | M & T BANK | | 08/18/2021 | 2003625 | $18.43 | $0.00 | $18.43 | 09/01/2021 |
| 520-0 | M & T BANK | | 07/14/2021 | 2002564 | $18.43 | $0.00 | $18.43 | 07/23/2021 |
| 520-0 | M & T BANK | | 06/16/2021 | 2001584 | $18.43 | $0.00 | $18.43 | 06/28/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 2000571 | $17.84 | $0.00 | $17.84 | 05/26/2021 |
| 520-0 | M & T BANK | | 04/15/2021 | 1229197 | $17.84 | $0.00 | $17.84 | 04/21/2021 |
| 520-0 | M & T BANK | | 03/17/2021 | 1228178 | $16.52 | $0.00 | $16.52 | 03/29/2021 |

|  | Sub-totals: | $1,154.03 | $0.00 | $1,154.03 |
|---|---|---|---|---|
|  | Grand Total: | $1,154.03 | $0.00 | |