# United States Bankruptcy Court

## Middle District of Pennsylvania (Wilkes-Barre)

In re:     JOSEPH PETROS                    Case no:     19-03869

                                             Chapter:     13

        Debtor (s)

## Notice of claim satisfaction

As to Claim 4-1 filed on 12/05/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

06/05/2026                          /s/Jessica Johnson-Reyes
                                    Bankruptcy Processor
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (06/24/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate Of Service

## United States Bankruptcy Court

### Middle District of Pennsylvania (Wilkes-Barre)

In re:  JOSEPH PETROS

Case no:  19-03869

Chapter:  13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 06/05/2026, I served a true and correct copy of the above notice of claim satisfaction as follows:

☒ By CM/ECF:
Jessica Johnson-Reyes
Bankruptcy Processor

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

[06/05/2026

/s/ Jessica Johnson-Reyes
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

BK-07 (06/24/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.