In re:                                                                                    Case No. 19-03869-MJC

Joseph S Petros                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke                 Page 1 of 2

Date Rcvd: Jul 31, 2026          Form ID: trc                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5624531 | + Email/Text: mtgbk@shellpointmtg.com | Jul 31 2026 19:03:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Adam Bradley Hall
           on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com

Jack N Zaharopoulos
           ecf@pamd13trustee.com

James Warmbrodt
           on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

James Warmbrodt
           on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

John Fisher

on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com fisherlawoffice@yahoo.com

Kevin Buttery

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com

Mark A Cronin

on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-03869-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph S Petros
117 Hortop Road
Shickshinny PA 18655

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2026.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing | NewRez LLC d/b/a Shellpoint Mortgage Servicing PO Box 10826 Greenville, SC 29603-0826 NewRez LLC d/b/a Shellpoint Mortgage Servicing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/02/26

Seth F. Eisenberg
**CLERK OF THE COURT**