United States Bankruptcy Court
Middle District of Pennsylvania

In re: Joseph S Petros
Debtor

Case No. 19-03869-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Sep 02, 2026 | Form ID: fnldecnd | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph S Petros, 117 Hortop Road, Shickshinny, PA 18655-3210 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | U.S. Bank National Association, as Indenture Trust, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street Suite 725, Philadelphia, PA 19106-2607 |
| 5261422 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 5245057 | | Ditech Financial LLC, PO Box 15009, Tempe, AZ 85284 |
| 5807168 | + | U.S. Bank National Association, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 18:58:46 | CitiBank, N.A.,, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | | Email/Text: camanagement@mtb.com | Sep 02 2026 18:54:00 | M&T BANK, PO BOX 767, BUFFALO, NY 14240 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 18:58:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 02 2026 18:58:46 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, RALEIGH, NC 27605-1000 |
| 5457180 | ^ | MEBN | Sep 02 2026 18:51:43 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 5457181 | ^ | MEBN | Sep 02 2026 18:51:44 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC 90074-2334 |
| 5245058 | ^ | MEBN | Sep 02 2026 18:51:42 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5245059 | | Email/Text: camanagement@mtb.com | Sep 02 2026 18:54:00 | M&T Bank, PO Box 900, Millsboro DE 19966 |
| 5249561 | + | Email/Text: camanagement@mtb.com | Sep 02 2026 18:54:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5281719 | | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2026 18:54:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5281718 | | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2026 18:54:00 | NewRez LLC d/b/a, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5822088 | | Email/Text: mtgbk@shellpointmtg.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 02 2026 18:54:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5822089 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2026 18:54:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 5626501 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 02 2026 18:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5247473 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2026 18:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5245267 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 02 2026 18:58:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5624531 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2026 18:54:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5624530 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 02 2026 18:54:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5278064 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 02 2026 18:58:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving TX 75016-9005 |
| 5245060 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 02 2026 18:58:50 | Wells Fargo Dealer Services, PO Box 10709, Raleigh NC 27605-0709 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Indenture Trust |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Kevin Buttery | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kbuttery@rascrane.com |
| Mark A Cronin | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Joseph S Petros,<br>aka Joseph Petros, dba Joseph Petros Construction, dba Joe Petros Handyman Services, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−03869−MJC |

Social Security No.:
xxx−xx−4588

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Joseph S Petros** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 2, 2026

**fnldec** (01/22)